UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL R. MCNEIL,

       Plaintiff,

v.                          Case No:   6:23-cv-2298-GAP-LHP

ANCHOR ROAD HOLDINGS, LLC and CAFFE VESUVIO'S, LLC,

       Defendants

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Stipulation of Voluntary Dismissal with Prejudice (Doc. 11), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 15, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties